COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| PATRICK WOODYARD, | § | No. 08-19-00252-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court |
| CAROL WOODYARD as Independent Executor of the ESTATE OF KENNETH EUGENE WOODYARD, Deceased, | § | of Burnet County, Texas[1] |
| | § | (TC# P10775) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.